GOVERNMENT OF THE VIRGIN ISLANDS

v.

MANUEL RODRIGUEZ, Appellant

No. 71-2056

United States Court of Appeals

Third Circuit

Submitted under 3rd Cir. Rule 12(6)

January 27, 1972

Decided March 9, 1972

JORGE RODRIGUEZ, ESQ., Charlotte Amalie, St. Thomas, V.I., *for appellant*

JOEL D. SACKS, ESQ., United States Attorney, St. Thomas, V.I., *for appellee*

Before SEITZ, *Chief Judge*, ALDISERT and GIBBONS, *Circuit Judges*

OPINION OF THE COURT

PER CURIAM:

Defendant was convicted of violating the Virgin Islands statutes on assault and carrying firearms. 14 V.I.C.

§ 297, 23 V.I.C. § 477. He assigns several errors but they all amount to an attack on the findings of the trial court as to the credibility of the witnesses. We think the findings were amply justified on this record.

The judgment of the district court will be affirmed.